UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PIONEER SURGICAL TECHNOLOGY, INC.,

    Plaintiff,

v.

VIKINGCRAFT SPINE, INC., et al.,

    Defendants.
_____/

Case No. 2:10-cv-251
HON. GORDON J. QUIST

**ORDER**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendants' Motion to Transfer Venue (Docket #6) is GRANTED and this case shall be transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

          /s/ Timothy P. Greeley
          TIMOTHY P. GREELEY
          UNITED STATES MAGISTRATE JUDGE

Dated: January 7, 2011